UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
07-22788-CIV-MORENO**

RAMON DE LA CRUZ,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING VOLUNTARY DISMISSAL

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, upon Plaintiff's *pro se* motion to vacate sentence pursuant to 28 U.S.C. § 2255. Magistrate Judge White held an evidentiary hearing in this case on May 29, 2008. The Plaintiff made an *ore tenus* motion stating that he was knowingly and voluntarily seeking withdrawal of all of his claims. The Magistrate Judge filed a Report and Recommendation on **May 29, 2008**. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 17)** on **May 29, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Plaintiff's *ore tenus* motion for voluntary dismissal is **GRANTED**;

(2)    Plaintiff's Motion to Vacate is **DISMISSED** without prejudice, except as to any

application of the federal statute of limitations or other procedural defenses which may apply;

and

(3)     This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record